UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| REBECCA HALBROOK | * | CIVIL ACTION NO.: 2:18-CV-00700 |
| | * | |
| V. | * | JUDGE ROBERT R. SUMMERHAYS |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | KATHLEEN KAY |
| SABINE STATE BANK & TRUST COMPANY | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion to Dismiss with Prejudice;

**IT IS HEREBY ORDERED** that the captioned case and all claims asserted against Sabine State Bank and Trust Co. are dismissed, with prejudice, with each party to bear their own costs.

Signed this 19th day of March, 2019.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE

1

256007 1